Antonio Valla, Esq. (SBN 136256)
Stefano Abbasciano, Esq. (SBN 277680)
VALLA & ASSOCIATES, INC., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
Telephone: 415.856.9001

Maxim H. Waldbaum, Esq. (SBN 1532795)
Admitted *pro hac vice*
3 Park Avenue, 15th Floor
New York, NY 10016
Telephone: 917.603.3905

Attorneys for Plaintiffs
Marco Bicego USA, Inc. and Marco Bicego S.p.A.

Sean M. Sullivan (CA SBN 229104)
John D. Freed (CA SBN 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: 415.276.6500

Attorneys for Defendants
Kantis Holdings, LLC; Stephanie Kantis

GRANTED

Judge Susan Illston

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO BICEGO USA, INC., a Delaware corporation, and MARCO BICEGO S.P.A., an Italian company, <br><br> Plaintiffs, <br><br> vs. <br><br> KANTIS HOLDINGS, LLC, a Delaware limited liability company, STEPHANIE KANTIS, an individual, and DOES 1 through 100, inclusive, <br><br> Defendants. | **CASE NO: 3:17-cv-00927-SI** <br><br> **JOINT STIPULATION TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiffs Marco Bicego USA, Inc. and Marco Bicego S.p.A. and Defendants Kantis Holdings, LLC and Stephanie Kantis respectfully request that the Court dismiss this action in its entirety with prejudice, with each party bearing their own costs and fees.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 4, 2018

VALLA & ASSOCIATES, INC., P.C.

 */s/* Stefano Abbasciano
Stefano Abbasciano, Esq.
Attorneys for Plaintiffs Marco Bicego USA, Inc. and Marco Bicego, S.p.A.


 */s/* Maxim H. Waldbaum
Maxim H. Waldbaum, Esq.
Admitted *pro hac vice*
Attorney for Plaintiffs Marco Bicego USA, Inc. and Marco Bicego, S.p.A.

DAVIS WRIGHT TREMAINE LLP

 */s/* Sean M. Sullivan
Sean M. Sullivan
Attorneys for Defendants
Kantis Holdings LLC and Stephanie Kantis

DAVIS WRIGHT TREMAINE LLP

 */s/* John D. Freed
John D. Freed
Attorneys for Defendants
Kantis Holdings LLC and Stephanie Kantis

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Stefano Abbasciano, attest that concurrence in the filing of this Joint Case Management Statement has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2018, at San Francisco, California.

                                           _/s/_ Stefano Abbasciano
                                           Stefano Abbasciano, Esq.
                                           Attorneys for Plaintiffs Marco Bicego USA, Inc.
                                           and Marco Bicego, S.p.A.